Certificate Number: 05781-NJ-DE-026638044

Bankruptcy Case Number: 15-26830



05781-NJ-DE-026638044

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2015, at 4:11 o'clock PM PST, Lori Giustiniani completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    December 7, 2015                By:      /s/Allison M Geving

                                         Name:    Allison M Geving

                                         Title:   President